**FROM:**

AMAZON APPRAISALS, INC
1790 E. RIVER ROAD , SUITE 142
TUCSON, AZ 85718

Telephone Number: (520)- 529-3878          Fax Number:  (520)-529-5853

# INVOICE

| INVOICE NUMBER |
| --- |
| 09CT053 |

| DATE |
| --- |
| NOVEMBER 03, 2009 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 09CT053 |
| Lender Case #: | 09CT053 |
| Client File #: | 09CT053 |
| Main File # on form: | 09CT053 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | #86-1024850 |

**TO:**

SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ 85710

Telephone Number: 1-520-615-9848          Fax Number:
Alternate Number: 1-520-975-2812          E-Mail:

MR & MRS COEN

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** CLIENT: SEAN & KELLY COEN | | **Client:** SEAN & KELLY COEN | |
| **Purchaser/Borrower:** CLIENT:COEN | | | |
| **Property Address:** 7211 E. LUANA PLACE | | | |
| **City:** TUCSON | | | |
| **County:** PIMA | **State:** AZ | | **Zip:** 85710 |
| **Legal Description:** KINGSTON KNOLLS TERRACE LOT 100 | | | |

## FEES / AMOUNT

| FEES | AMOUNT |
| --- | --- |
| SUMMARY APPRAISAL  $350.00 | 350.00 |
| **SUBTOTAL** | 350.00 |

## PAYMENTS / AMOUNT

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: 7924 | Date: 10/30/2009 | Description: PAID IN FULL BY CHECK AT TIME OF INSPECTION | 350.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 350.00 |
| | | **TOTAL DUE** $ | 0.00 |

---

Please Return This Portion With Your Payment

**FROM:**

SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ 85710

Telephone Number: 1-520-615-9848          Fax Number:
Alternate Number: 1-520-975-2812          E-Mail:

| AMOUNT DUE: | $ | 0.00 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 09CT053 |

| DATE |
| --- |
| NOVEMBER 03, 2009 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 09CT053 |
| Lender Case #: | 09CT053 |
| Client File #: | 09CT053 |
| Main File # on form: | 09CT053 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | #86-1024850 |

**TO:**

AMAZON APPRAISALS, INC
1790 E. RIVER ROAD , SUITE 142
TUCSON, AZ 85718

(PLEASE INCLUDE INVOICE NUMBER ON YOUR PAYMENT-THANK YOU)

**FROM:**

AMAZON APPRAISALS, INC
1790 E. RIVER ROAD , SUITE 142
TUCSON, AZ 85718

Telephone Number: (520)- 529-3878      Fax Number: (520)-529-5853

# INVOICE

| INVOICE NUMBER |
|---|
| 09CT053 |
| **DATE** |
| NOVEMBER 03, 2009 |

| REFERENCE | |
|---|---|
| Internal Order #: | 09CT053 |
| Lender Case #: | 09CT053 |
| Client File #: | 09CT053 |
| Main File # on form: | 09CT053 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | #86-1024850 |

**TO:**

SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ 85710

Telephone Number: 1-520-615-9848      Fax Number:
Alternate Number: 1-520-975-2812      E-Mail:

MR & MRS COEN

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Lender:** | CLIENT: SEAN & KELLY COEN | **Client:** | SEAN & KELLY COEN |
| **Purchaser/Borrower:** | CLIENT:COEN | | |
| **Property Address:** | 7211 E. LUANA PLACE | | |
| **City:** | TUCSON | | |
| **County:** | PIMA | **State:** AZ | **Zip:** 85710 |
| **Legal Description:** | KINGSTON KNOLLS TERRACE LOT 100 | | |

| FEES | AMOUNT |
|---|---|
| SUMMARY APPRAISAL $350.00 | 350.00 |
| **SUBTOTAL** | 350.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: 7924   Date: 10/30/2009   Description: PAID IN FULL BY CHECK AT TIME OF INSPECTION | 350.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| **SUBTOTAL** | 350.00 |
| **TOTAL DUE**   $ | 0.00 |

---

Please Return This Portion With Your Payment

**FROM:**

SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ 85710

Telephone Number: 1-520-615-9848      Fax Number:
Alternate Number: 1-520-975-2812      E-Mail:

| AMOUNT DUE: | $ | 0.00 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 09CT053 |
| **DATE** |
| NOVEMBER 03, 2009 |

| REFERENCE | |
|---|---|
| Internal Order #: | 09CT053 |
| Lender Case #: | 09CT053 |
| Client File #: | 09CT053 |
| Main File # on form: | 09CT053 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | #86-1024850 |

**TO:**

AMAZON APPRAISALS, INC
1790 E. RIVER ROAD , SUITE 142
TUCSON, AZ 85718

(PLEASE INCLUDE INVOICE NUMBER ON YOUR PAYMENT-THANK YOU)

SUMMARY APPRAISAL REPORT



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
7211 E. LUANA PLACE
KINGSTON KNOLLS TERRACE LOT 100
TUCSON, AZ 85710

## FOR:
CLIENT: SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ  85710

## AS OF:
OCTOBER 30, 2009

## BY:
WASHINGTON M. MASON, JR
AMAZON APPRAISALS, INC.
1790 E. RIVER ROAD, STE 142
TUCSON, AZ  85718

AMAZON APPRAISALS, INC.
1790 E. RIVER ROAD , SUITE 142
TUCSON, AZ  85718


ATTN:MR & MRS. COEN


CLIENT: SEAN & KELLY COEN
7211 E. LUANA PLACE
TUCSON, AZ 85710


Re: Property:    7211 E. LUANA PLACE
                    TUCSON, AZ 85710
    Borrower:    CLIENT:COEN
    File No.:    09CT053


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.
This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood  and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

*Washington M. Mason Jr.*

WASHINGTON M. MASON, JR
CERTIFIED RESIDENTIAL REAL
ESTATE APPRAISER #21875

# UNIFORM RESIDENTIAL APPRAISAL REPORT

| Property Description | | | File No. 09CT053 |
|---|---|---|---|

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 7211 E. LUANA PLACE | City TUCSON | State AZ | Zip Code 85710 |
| Legal Description KINGSTON KNOLLS TERRACE LOT 100 | | County PIMA | |
| Assessor's Parcel No. 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 | Tax Year 2009 | R.E. Taxes $ 1,511.80 | Special Assessments $ N/A |
| Borrower CLIENT:COEN | Current Owner COEN, SEAN & KELLY | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | HOA $ N/A | /Mo. |
| Neighborhood or Project Name KINGSTON KNOLLS TERRACE | Map Reference T14S-15E-SEC 08 | Census Tract 40.01 | |
| Sale Price $ N/A | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller N/A | |
| Lender/Client CLIENT: SEAN & KELLY COEN | Address 7211 E. LUANA PLACE, TUCSON, AZ 85710 | | |
| Appraiser WASHINGTON M. MASON, JR | Address 1790 E. RIVER ROAD, STE 142, TUCSON , AZ 85718 | | |

**NEIGHBORHOOD**

| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One family 80 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 90 | 85 Low | NEW | 2-4 family 5 | ☐ In process |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant 5 | 550 High | 55 | Multi-family 5 | To: |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☒ Vacant (0-5%) | Predominant | | Commercial 5 | |
| Marketing time | ☐ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | ☐ Vac.(over 5%) | 130 | 25 | VAC LND 5 | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: NORTH- TANQUE VERDE, SOUTH-22ND STREET, EAST-PANTANO ROAD, WEST-WILMOT ROAD. PRIMARILY RESIDENTIAL AREA..

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): THE SUBJECT IS LOCATED IN THE EASTERN PORTION PART OF TUCSON IN AN ESTABLISHED NEIGHBORHOOD OF KINGSTON KNOLLS TERRACE HOMES ARE A MIXTURE OF CONDO'S, TOWNHOMES, TRACT AND SEMI &-CUSTOM HOMES. REGIONAL EMPLOYMENT CENTERS, SCHOOLS, SHOPPING AND OTHER URBAN AMENITIES ARE NEARBY. NO ADVERSE INFLUENCES ARE NOTED.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): INTEREST RATES REMAIN RELATIVELY LOW. THE RESIDENTIAL REAL ESTATE MARKET IS ACTIVE WITH SUFFICIENT BUYERS AND SELLERS INTERACTING. HOMES IN THE AREA TYPICALLY SELL WITHIN 1-6 MONTHS INDICATING A BALANCE BETWEEN THE SUPPLY OF HOMES IN THE AREA AND BUYERS' DEMAND. TYPICAL FINANCING IN THE SUBJECTS MARKET AREA .

**PUD**

| Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? | ☐ Yes ☐ No |
|---|---|
| Approximate total number of units in the subject project N/A | Approximate total number of units for sale in the subject project N/A |
| Describe common elements and recreational facilities: N/A | |

**SITE**

| | | | |
|---|---|---|---|
| Dimensions 55.0 X 40.94 X 78.51 X 75.17 X 113.42 | | Topography LEVEL | |
| Site area 0.19 ACRE | Corner Lot ☒ Yes ☐ No | Size TYPICAL | |
| Specific zoning classification and description R1/SINGLE FAMILY | | Shape IRREGULAR | |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage APPEARS ADEQUATE | |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View MOUNTAINS/HOMES | |
| Utilities Public Other | Off-site Improvements Type Public Private | Landscaping DESERT/ LOW CARE | |
| Electricity ☒ | Street ASPHALT ☒ ☐ | Driveway Surface GRAVEL/DRT | |
| Gas ☒ | Curb/gutter CONCRETE ☒ ☐ | Apparent easements TYPICAL UTILITY | |
| Water ☒ | Sidewalk CONCRETE ☒ ☐ | FEMA Special Flood Hazard Area ☐ Yes ☒ No | |
| Sanitary sewer ☒ | Street lights NONE ☐ ☐ | FEMA Zone X Map Date 02/08/1999 | |
| Storm sewer ☐ NONE | Alley REAR ☒ | FEMA Map No. 04019C2252K | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO APPARENT ADVERSE EASEMENTS OR ENCROACHMENT NOTED. THE SITE IS TYPICAL FOR THE AREA. *ANY ASSESSMENTS TO BE PAID AT CLOSING.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units 1 | Foundation CONCRETE | Slab CONCRETE | Area Sq. Ft. NONE | Roof UNKN |
| No. of Stories ONE | Exterior Walls ADOBE BRK | Crawl Space N/A | % Finished NONE | Ceiling UNKN |
| Type (Det./Att.) DET | Roof Surface BUILT UP | Basement N/A | Ceiling N/A | Walls UNKN |
| Design (Style) RANCH | Gutters & Dwnspts. OVERHANGS | Sump Pump NONE NOTED | Walls N/A | Floor UNKN |
| Existing/Proposed EXISTING | Window Type ALUM./MET CSE | Dampness NONE NOTED | Floor N/A | None UNKN |
| Age (Yrs.) 51 YRS | Storm/Screens SCREENS | Settlement NONE NOTED | Outside Entry N/A | Unknown ☒ |
| Effective Age (Yrs.) 25 YRS | Manufactured House N/A | Infestation NONE NOTED | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | NONE |
| Level 1 | ENT | | AREA | 1 | | | | 3 | 1.5 | | | 1,232 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains: 5 Rooms; 3 Bedroom(s); 1.5 Bath(s); 1,232 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | WW,TLE/AVG | Type | FWA | Refrigerator | P | None | ☒ | Fireplace(s) # N/A | ☐ | None | ☐ |
| Walls | DW/WD/AVG | Fuel | GAS | Range/Oven | P | Stairs | ☐ | Patio COV | ☒ | Garage | # of cars |
| Trim/Finish | WD/AVG | Condition | GAS | Disposal | ☐ | Drop Stair | ☐ | Deck BRICK | ☒ | Attached | |
| Bath Floor | TILE/AVG | COOLING | | Dishwasher | ☐ | Scuttle | ☐ | Porch COV | ☒ | Detached | |
| Bath Wainscot | FIBGLS/AVG | Central | N/A | Fan/Hood | ☐ | Floor | ☐ | Fence WI/BLK | ☒ | Built-In | |
| Doors | TILE/AVG | Other | EVAP | Microwave | P | Heated | ☐ | Pool INGRD/FAIR | ☒ | Carport | 1CCP ATT |
| | | Condition | AVG | Washer/Dryer | P | Finished | ☐ | STG/ DECKING | ☒ | Driveway | GRAVEL |

**COMMENTS**

Additional features (special energy efficient items, etc.): CEILING FANS, WI SECURITY DOORS AND WINDOW WITH QUICK RELEASES, STORAGE AREA, COVERED PATIO, BRICK DECKING, COVERED REAR PORCH, POOL AND BLOCK-WI FENCING

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: THE SUBJECT IS IN OVERALL AVERAGE CONDITION WITH NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED. IT IS NOTED THAT DUE TO CONDITION OF SUBJECT POOL AT TIME OF INSPECTION MINIMAL VALUE WAS GIVEN IN THIS REPORT.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: NO ADVERSE ENVIRONMENTAL CONDITIONS WERE NOTED ON OR AROUND THE SITE AT THE TIME OF INSPECTION. (THE APPRAISER IS NOT QUALIFIED TO DETERMINE ENVIRONMENTAL HAZARDS.)

# UNIFORM RESIDENTIAL APPRAISAL REPORT
**Valuation Section**    File No. 09CT053

## COST APPROACH

| | |
|---|---|
| ESTIMATED SITE VALUE ........................= $ | 35,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | |
| Dwelling 1,232 Sq. Ft. @$ 90.18 = $ 111,102 | |
| Sq. Ft. @$ = | |
| PL/DCK/COV/COV/WI/WL = 40,000 | |
| Garage/Carport 392 Sq. Ft. @$ 11.13 = 4,363 | |
| Total Estimated Cost New ..............= $ 155,465 | |
| Less Physical Functional External | |
| Depreciation 64,782 5,000 =$ 69,782 | |
| Depreciated Value of Improvements ..........=$ 85,683 | |
| "As-is" Value of Site Improvements ..........=$ 5,000 | |
| INDICATED VALUE BY COST APPROACH ..........=$ 125,683 | |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): 1,232 SQUARE FEET OF LIVING AREA. THE COST APPROACH WAS DONE WITH THE AID OF THE MARSHALL AND SWIFT RESIDENTIAL COST HANDBOOK. TYPICAL SITE TO VALUE RATIO. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED.

REMAINING ECONOMIC LIFE = 35 YEARS. DEPRECIATION IS BASED ON EFFECTIVE AGE/LIFE METHOD: 25/60 = 42%

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7211 E. LUANA PLACE TUCSON | 7030 E. FLAMENCO PLACE 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 | | 7326 E. ELI DRIVE 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 | | 7061 E.4TH STREET 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 | |
| Proximity to Subject | | 0.23 miles | | 0.99 miles | | 0.36 miles | |
| Sales Price | $ N/A | $ 105,100 | | $ 136,000 | | $ 130,000 | |
| Price/Gross Living Area | $ 96.87 | $ | | $ 90.25 | | $ 85.70 | |
| Data and/or Verification Source | INSPECTION ASSESSOR | MLS/ASSESSOR/AGENT MLS#20914057/DOM 109 DAYS | | MLS/ASSESSOR/AGENT MLS#20924709/DOM 07 DAYS | | MLS/ASSESSOR/AGENT/INSPTN MLS#20920128/DOM 24 DAYS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | CONV BANK OWNED | | CONV NONE | | CONV BANK OWNED | |
| Date of Sale/Time | | 06/2009 | | 10/2009 | | 08/2009 | |
| Location | KINGSTON | KINGSTON | | LONGVIEW | | GREEN HL/TRF | +10,000 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 0.19AC/AVG | 0.22AC/AVG | | 0.20AC/AVG | | 0.26AC/AVG | |
| View | MOUNTAINS | MOUNTAINS | | MOUNTAINS | | MOUNTAINS | |
| Design and Appeal | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | ABOBE BRK | ABOBE BRK | | BRICK | | SLUMP BLK | |
| Age | 1958/51 YRS | 1959/50 YRS | | 1961/ 48 YRS | | 1959/ 50 YRS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 5 Bdrms 3 Baths 1.5 | Total 5 Bdrms 3 Baths 2 | -1,000 | Total 6 Bdrms 4 Baths 2 | -1,000 | Total 5 Bdrms 3 Baths 3.5 | -4,000 |
| Gross Living Area | 1,232 Sq. Ft. | 1,085 Sq. Ft. | +3,000 | 1,507 Sq. Ft. | -5,500 | 1,517 Sq. Ft. | -5,500 |
| Basement & Finished Rooms Below Grade | NONE NONE | NONE N/A | | NONE N/A | | NONE NONE | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | FWA/EVAP | FWA/EVAP | | FWA/EVAP | | FWA/REF/EVAP | -3,000 |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 1CCP | 1CCP | | 1CCP | | 1CCP | |
| Porch, Patio, Deck, Fireplace(s), etc. | COV/COV NONE | COV/COV NONE | | COV/COV NONE | | COV/AZ.ROOM ONE | -3,000 -2,000 |
| Fence, Pool, etc. | WL/PL/STG | WL/STG/LSCP | +5,000 | WL/PL/STG | | WL/PL/STG | |
| FEATURES | APPL-MISC | INF.UPGRDS | +10,000 | SIMILAR | | SIMILAR | |
| Net Adj. (total) | | ☒+ ☐− $ 17,000 | | ☒+ ☐− $ 6,500 | | ☐+ ☒− $ 7,500 | |
| Adjusted Sales Price of Comparable | | Net 16.2 % Gross 18.1 % $ 122,100 | | Net 4.8 % Gross 4.8 % $ 129,500 | | Net 5.8 % Gross 21.2 % $ 122,500 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): NO FINANCING ADJUSTMENTS ARE WARRANTED; NO ADVERSE FACTORS INFLUENCING MARKET VALUE NOTED. THE COMPARABLE SALES USED ARE THE MOST PROXIMATE AND SIMILAR SALES AVAILABLE. THE SUBJECT AND ALL SALE ARE LOCATED IN SAME OR SIMILAR SUBDIVISIONS WITH SIMILAR INFLUENCES AND MARKET APPEAL. THE COMPARABLES SQUARE FOOTAGE HAS BEEN ADJUSTED TO THE NEAREST $500 AS THIS MOST ACCURATELY REFLECTS THE ACTIONS OF BUYERS AND SELLERS IN THE REAL ESTATE MARKET.

| ITEM | | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | NO SALE NOTED IN LAST 36 MNTH MLS/TITLE | 02/2009 BANK TRANSFER DCK#13488-1426 | NO SALES LOCATED WITHIN LAST 12 MONTHS ASSESSORS/TITLE | 06/2009 BANK TRANSFER DCK#213590-1524 |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: NO OTHER SALES OR LISTING HISTORY LOCATED WITHIN LAST 36 MONTHS PER AGENTS AND ASSESSOR'S RECORDS.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | $ | 122,500 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ | | |

## RECONCILIATION

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications. Conditions of Appraisal: THIS REPORT IS NOT A HOME INSPECTION.APPRAISAL IS BASED ON CASH OR THIRD PARTY INSTITUTIONAL FINANCING AT CURRENT MARKET RATES

Final Reconciliation: THE MARKET APPROACH IS GIVEN PRIMARY WEIGHT SUPPORTED BY THE COST APPROACH. THE INCOME APPROACH HAS NOT BEEN INCLUDED IN THIS REPORT. THE INTENDED USE OF THIS APPRAISAL IS TO ESTIMATE CURRENT MARKET VALUE OF HOME FOR MR & MRS COEN AND IS NOT INTENDED FOR ANY OTHER PURPOSE OR USER.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised 06/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF OCTOBER 30, 2009 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 122,500

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature *Washington M. Mason Jr.* | Signature | ☐ Did ☐ Did Not |
| Name WASHINGTON M. MASON, JR | Name | Inspect Property |
| Date Report Signed NOVEMBER 03, 2009 | Date Report Signed | |
| State Certification # 21875 State AZ | State Certification # | State |
| Or State License # State | Or State License # | State |

Freddie Mac Form 70 6/93    PAGE 2 OF 2    Fannie Mae Form 1004 6-93
Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
Case 4:09-bk-30662-EWH Doc 61-1 Filed 06/18/12 Entered 06/18/12 09:25:06 Desc
Exhibit A Page 6 of 21

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(−)$ Adjust. | COMPARABLE NO. 5 | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 7211 E. LUANA PLACE TUCSON | 7202 E. PASEO SAN ANDERS 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 | | 6739 E. 12TH STREET 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 | | 142 N. MONTEGO DRIVE 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 | |
| Proximity to Subject | | 0.14 miles | | 0.65 miles | | 0.17 miles | |
| Sales Price | $ N/A | $ 153,000 | | $ 139,000 | | $ 130,000 | |
| Price/Gross Living Area | $ | $ 126.45 | | $ 109.97 | | $ 99.77 | |
| Data and/or Verification Sources | INSPECTION ASSESSOR | MLS/ASSESSOR/AGENT MLS#20917748/DOM 49 DAYS | | MLS/ASSESSOR/AGENT MLS#20926246/DOM 05 DAYS | | MLS/ASSESSOR/AGENT MLS#20923005/DOM 225 DAYS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | FHA NONE | | FHA NONE | | ACTIVE LISTING | -7,800 |
| Date of Sale/Time | | 08/2009 | | 10/2006 | | N/A | |
| Location | KINGSTON | KINGSTON | | OLD PUEBLO | | KINGSTON | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 0.19AC/AVG | 0.23AC/AVG | | 0.24AC/AVG | | 0.20AC/AVG | |
| View | MOUNTAINS | MOUNTAINS | | MOUNTAINS | | MOUNTAINS | |
| Design and Appeal | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | ABOBE BRK | ABOBE BRK | | BRICK | | BRICK | |
| Age | 1958/51 YRS | 1958/ 51 YRS | | 1962/ 47 YRS | | 1958/51 YRS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 3 1.5 | 5 3 1.5 | | 5 3 2 | -1,000 | 5 3 2 | -1,000 |
| Gross Living Area | 1,232 Sq. Ft. | 1,210 Sq. Ft. | 0 | 1,264 Sq. Ft. | 0 | 1,303 Sq. Ft. | -1,500 |
| Basement & Finished Rooms Below Grade | NONE NONE | NONE NONE | | NONE NONE | | NONE N/A | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | FWA/EVAP | FWA/REF | -3,500 | FWA/REF | -3,500 | FWA/1WL/EVAP | -500 |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 1CCP | 1CCP | | 1CCP | | NONE | +1,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | COV/COV NONE | COV/COV ONE | -5,000 | COV/COV NONE | | NONE ONE | +2,000 -2,000 |
| Fence, Pool, etc. | WL/PL/STG | FNC/STG/LSCP | +7,000 | WL/PL/STG | | WL/STG/LSCP | +5,000 |
| FEATURES | APPL-MISC | SUP.UPGRDS | -10,000 | SIMILAR | | SIMILAR | |
| Net Adj. (total) | | + ☒− $ | 11,500 | + ☒− $ | 4,500 | + ☒− $ | 4,800 |
| Adjusted Sales Price of Comparable | | Net 7.5 % Gross 16.7 % $ | 141,500 | Net 3.2 % Gross 3.2 % $ | 134,500 | Net 3.7 % Gross 16.0 % $ | 125,200 |
| Date, Price and Data Source for prior sales within year of appraisal | NO SALE NOTED IN LAST 36 MNTH MLS/TITLE | NO SALES LOCATED WITHIN LAST 12 MONTHS ASSESSORS/TITLE | | NO SALES LOCATED WITHIN LAST 12 MONTHS ASSESSORS/TITLE | | NO SALES LOCATED WITHIN LAST 12 MONTHS ASSESSORS/TITLE | |

Comments: COMPARABLES IS AN ACTIVE LISTING USED TO FURTHER SUPPORT THE MARKET APPROACH.

Market Data Analysis 6-93

# Supplemental Addendum

File No.    09CT053

| Borrower/Client | CLIENT:COEN | | | | |
|---|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | | |
| City  TUCSON | | County  PIMA | State  AZ | Zip Code  85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | | |

• **URAR : Additional Comments**

TEXT ADDENDUM:
THE NEIGHBORHOOD'S LOCATION IS BUILT UP GREATER THAN 25% WITH MARKETING TIMES BETWEEN 1 TO 3 MONTHS.

THE VALUE OF THE SUBJECT PROPERTY IS NOT ABOVE THE PREDOMINANT VALUE FOR THE NEIGHBORHOOD.

ENVIRONMENTAL DISCLAIMER:  THE VALUE ESTIMATED IS BASED ON THE ASSUMPTION THAT THE PROPERTY IS NOT NEGATIVELY AFFECTED BY THE EXISTENCE OF HAZARDOUS SUBSTANCES OR OTHER DETRIMENTAL ENVIRONMENTAL CONDITIONS UNLESS STATED IN THIS REPORT.  THE

APPRAISER IS NOT AN EXPERT OR QUALIFIED IN THE IDENTIFICATION OF HAZARDOUS SUBSTANCES OR ADVERSE ENVIRONMENTAL CONDITIONS.

THERE ARE NO KNOWN ASSESSMENTS TO THE SUBJECT PROPERTY AT THE TIME OF INSPECTION.  THE ISSUE OF ASSESSMENTS IS CONSIDERED TO BE A TITLE ISSUE AND THE RESPONSIBILITY OF THE CLIENT.  THE APPRAISED VALUE OF THE SUBJECT IS IN FEE SIMPLE WITH NO ASSESSMENTS CONSIDERED AND CLEAR MARKETABLE TITLE UNLESS OTHERWISE STATED.

THE SUBJECT HAS A LEGAL ZONING THAT CONFORMS TO PIMA COUNTY PLANNING AND ZONING REQUIREMENTS.

THE LAND VALUE IS LESS THAN 30% OF THE APPRAISED VALUE. YES.

COMMENTS ON MARKET DATA:
PROXIMITY OF COMPARABLES TO SUBJECT PROPERTY:  ALL SALES ARE WITHIN THE SUBJECT'S MARKET AREA.  THIS IS THE SAME TYPE OF SEARCH THE TYPICAL HOME BUYER WOULD EMPLOY IN SEARCHING FOR A SIMILAR PROPERTY.

DATE OF SALES OVER SIX MONTHS: NO. COMPARABLE SIX IS AN  ACTIVE LISTING USED TO FURTHER SUPPORT THE MARKET APPROACH.
THERE ARE  NO  INDIVIDUAL ADJUSTMENTS 10% OF THE SALES PRICE AND  NET ADJUSTMENTS DO EXCEED 15% OF THE SALES PRICE THIS IS TYPICAL AND ACCEPTABLE IN SUBJECT NEIGHBORHOOD DUE TO THE LIMITED SALES DATA OF SIMILAR HOMES. , NO GROSS ADJUSTMENTS ARE  GREATER THAN 25% OF THE SALES PRICE.

COMMENT ON SALES ADJUSTMENTS:
DUE TO COMPARABLE SIX  BEING  ACTIVE LISTING  AN DOWNWARD ADJUSTMENT WAS GIVEN.
DUE TO COMPARABLE THREE HAVE ROAD NOISE AN UPWARD ADJUSTMENT WAS GIVEN.
DUE TO DIFFERENCES IN BATHROOM AN DOWNW ARD ADJUSTMENT WAS GIVEN TO COMPARABLES ONE, TWO,THREE,FIVE AND SIX.
DUE TO DIFFERENCES IN GROSS LIVING AREA ADJUSTMENTS WERE GIVEN TO COMPARABLES ONE,TWO,THREE AND SIX.
DUE TO DIFFERENCES IN COOLING SYSTEMS ADJUSTMENTS WERE GIVEN TO COMPARABLES THREE,  FOUR, FIVE AND SIX.
DUE TO POSSESSING A AZ ROOM  AN DOWNWARD ADJUSTMENT WAS GIVEN TO COMPARABLE THREE.
DUE TO NOT POSSESSING AND COVERED AREAS AN UPWARD ADJUSTMENT WAS GIVEN TO COMPARABLE SIX.
DUE TO POSSESSING A FIREPLACE AN DOWNWARD ADJUSTMENT WAS GIVEN TO COMPARABLE THREE, FOUR AND SIX.
DUE TO NOT POSSESSING A POOL AN UPWARD ADJUSTMENT WAS GIVEN TO COMPARABLE ONE, FOUR, AND SIX.
(MINIMAL VALUE WAS GIVEN TO GIVEN DUE TO CONDITION OF POOL AT TIME OF INSPECTION. )
DUE TO COMPARABLE ONE BEING A FIX IT AN UPWARD ADJUSTMENT WAS GIVEN.
DUE TO COMPARABLE FOUR HAVING THE KITCHEN REMODELED AND NEW FLOORING AN DOWNWARD ADJUSTMENT WAS GIVEN.


SCOPE OF WORK:
THE SCOPE OF WORK INCLUDES BUT IS NOT LIMITED TO AN INTERIOR INSPECTION (OR EXTERIOR), REVIEW OF PHYSICAL AND ECONOMIC FACTORS, RESEARCH, COLLECTION AND SYNTHESIS OF DATA COMPILED FROM THE ASSESSOR, MULTIPLE LISTING SERVICES, METROSCAN,WINDATA, AND REALIST.COM , AND ANALYSIS OF COMPARABLES PROPERTIES IN THE SUBJECT'S MARKET AREA IN ORDER TO DEVELOP AND SUPPORT AN OPINION OF VALUE. THE APPRAISER'S  OBLIGATIONS TO PARTIES RECEIVING A COPY OF THIS REPORT IS LIMITED TO THOSE WHO ARE NOT INTENDED USERS IDENTIFIED AT THE TIME OF THE ASSIGNMENT.

# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

Amazon Appraisals Inc.

| | |
|---|---|
| Borrower/Client CLIENT:COEN | |
| Property Address 7211 E. LUANA PLACE | |
| City TUCSON County PIMA State AZ | Zip Code 85710 |
| Lender CLIENT: SEAN & KELLY COEN | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

> **This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those statements which have been checked by the appraiser apply to the property being appraised.**

## ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a Federally related transaction.

## ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on   MARSHALL AND SWIFT RESIDENTIAL COST HANDBOOK
supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

## ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to   AGENT/MLS   the subject property:
☒ has not been offered for sale in the past 30 days.
☐ is currently offered for sale for $
☐ was offered for sale within the past 30 days for $   .
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

## ☒ SALES HISTORY OF SUBJECT PROPERTY

According to   PIMA COUNTY ASSESSOR   the subject property:
☒ has not transferred in the past twelve months.   ☒ has not transferred in the past thirty-six months.
☐ has transferred in the past twelve months.   ☐ has transferred in the past thirty-six months.
☐ All prior sales which have occurred in the past twelve months are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |

## ☒ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.
☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 04019C2252K | 02/08/1999 | PIMA COUNTY, ARIZONA |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

Case 4:09-bk-30662-EWH   Doc 61-1   Filed 06/18/12   Entered 06/18/12 09:25:06   Desc
Exhibit A   Page 9 of 21

## ☒ CURRENT SALES CONTRACT

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of _____
 Estimated contributory value is $ _____ .
☒ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____
 .
☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

## ☒ MARKET OVERVIEW   Include an explanation of current market conditions and trends.

__1-6__ months is considered a reasonable marketing period for the subject property based on __CURRENT MLS DATA.__
 .

## ☒ ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## ☒ ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ☒ ADDITIONAL COMMENTS

TITLE WILL CLEAR ANY ISSUES AT CLOSE OF ESCROW.

## ☒ APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature _Washington M. Mason_ Effective Date __OCTOBER 30, 2009__ Date Prepared __NOVEMBER 03, 2009__
Appraiser's Name (print) __WASHINGTON M. MASON, JR__ Phone # __(520__ ) __529-3878__
State __√Z__ ☐ License ☒ Certification # __21875__ Tax ID # __86-1024850__

## ☐ CO-SIGNING APPRAISER'S CERTIFICATION

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.
☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

## ☒ CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing
Appraiser's Signature _____ Effective Date _____ Date Prepared _____
Co-Signing Appraiser's Name (print) _____ Phone # ( ) _____
State _____ ☐ License ☐ Certification # _____ Tax ID # _____

Form MPA — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 4:09-bk-30662-EWH   Doc 61-1   Filed 06/18/12   Entered 06/18/12 09:25:06   Desc
Exhibit A   Page 10 of 21

# Building Sketch (Page - 1)

| | | | |
|---|---|---|---|
| Borrower/Client  CLIENT:COEN | | | |
| Property Address  7211 E. LUANA PLACE | | | |
| City   TUCSON | County  PIMA | State   AZ | Zip Code   85710 |
| Lender   CLIENT: SEAN & KELLY COEN | | | |



Sketch by Apex IV™

Comments:

---

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1232.00 | 1232.00 |
| P/P | COVERED REAR PORCH | 131.95 | |
| | COVERED BRICK PATIO | 276.00 | 407.95 |
| GAR | 1 CAR CARPORT | 392.00 | 392.00 |
| OTH | Storage | 80.00 | 80.00 |
| | | | |
| **TOTAL LIVABLE      (rounded)** | | | **1232** |

| LIVING  AREA  BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 28.0  x   44.0 | 1232.00 |
| | |
| **1 Calculation Total (rounded)** | **1232** |

# SUBJECT PHOTO PAGE

| | | | | |
|---|---|---|---|---|
| Borrower/Client   CLIENT:COEN | | | | |
| Property Address  7211 E. LUANA PLACE | | | | |
| City   TUCSON | County  PIMA | State  AZ | Zip Code  85710 | |
| Lender   CLIENT: SEAN & KELLY COEN | | | | |



### SUBJECT FRONT VIEW

7211 E. LUANA PLACE

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,232 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | KINGSTON |
| View | MOUNTAINS |
| Site | 0.19AC/AVG |
| Quality | ABOBE BRK |
| Age | 1958/51 YRS |



### SUBJECT REAR VIEW



### STREET SCENE

# Subject Interior Photo Page

| Borrower/Client | CLIENT:COEN | | | | |
|---|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | | |
| City | TUCSON | County | PIMA | State | AZ | Zip Code | 85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | | |



**Subject Interior**

7211 E. LUANA PLACE
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,232 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | KINGSTON |
| View | MOUNTAINS |
| Site | 0.19AC/AVG |
| Quality | ABOBE BRK |
| Age | 1958/51 YRS |

LIVING ROOM



**Subject Interior**

DINING AREA



**Subject Interior**

BATHROOM

# PHOTOGRAPH ADDENDUM

| Borrower/Client | CLIENT:COEN | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | | | |
| City | TUCSON | County PIMA | | State AZ | Zip Code | 85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | | | |



POOL



BRICK DECKING

# Comparable Photo Page

| Borrower/Client | CLIENT:COEN | | | |
|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | |
| City TUCSON | | County PIMA | State AZ | Zip Code 85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | |



### Comparable 1

7030 E. FLAMENCO PLACE

| | |
|---|---|
| Prox. to Subject | 0.23 miles |
| Sale Price | 105,100 |
| Gross Living Area | 1,085 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | KINGSTON |
| View | MOUNTAINS |
| Site | 0.22AC/AVG |
| Quality | ABOBE BRK |
| Age | 1959/50 YRS |



### Comparable 2

7326 E. ELI DRIVE

| | |
|---|---|
| Prox. to Subject | 0.99 miles |
| Sale Price | 136,000 |
| Gross Living Area | 1,507 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | LONGVIEW |
| View | MOUNTAINS |
| Site | 0.20AC/AVG |
| Quality | BRICK |
| Age | 1961/ 48 YRS |



### Comparable 3

7061 E.4TH STREET

| | |
|---|---|
| Prox. to Subject | 0.36 miles |
| Sale Price | 130,000 |
| Gross Living Area | 1,517 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | GREEN HL/TRF |
| View | MOUNTAINS |
| Site | 0.26AC/AVG |
| Quality | SLUMP BLK |
| Age | 1959/ 50 YRS |

# Comparable Photo Page

| Borrower/Client | CLIENT:COEN | | | |
|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | |
| City TUCSON | County PIMA | State AZ | Zip Code 85710 | |
| Lender CLIENT: SEAN & KELLY COEN | | | | |



### Comparable 4

7202 E. PASEO SAN ANDERS
| | |
|---|---|
| Prox. to Subject | 0.14 miles |
| Sale Price | 153,000 |
| Gross Living Area | 1,210 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | KINGSTON |
| View | MOUNTAINS |
| Site | 0.23AC/AVG |
| Quality | ABOBE BRK |
| Age | 1958/ 51 YRS |



### Comparable 5

6739 E. 12TH STREET
| | |
|---|---|
| Prox. to Subject | 0.65 miles |
| Sale Price | 139,000 |
| Gross Living Area | 1,264 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | OLD PUEBLO |
| View | MOUNTAINS |
| Site | 0.24AC/AVG |
| Quality | BRICK |
| Age | 1962/ 47 YRS |



### Comparable 6

142 N. MONTEGO DRIVE
| | |
|---|---|
| Prox. to Subject | 0.17 miles |
| Sale Price | 130,000 |
| Gross Living Area | 1,303 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | KINGSTON |
| View | MOUNTAINS |
| Site | 0.20AC/AVG |
| Quality | BRICK |
| Age | 1958/51 YRS |

# Location Map

| Borrower/Client | CLIENT:COEN | | | | |
|---|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | | |
| City TUCSON | | County PIMA | | State AZ | Zip Code 85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | | |



# Plat Map

| Borrower/Client | CLIENT:COEN | | | |
|---|---|---|---|---|
| Property Address | 7211 E. LUANA PLACE | | | |
| City TUCSON | | County PIMA | State AZ | Zip Code 85710 |
| Lender | CLIENT: SEAN & KELLY COEN | | | |



# Flood Map

| | | | |
|---|---|---|---|
| Borrower/Client CLIENT:COEN | | | |
| Property Address 7211 E. LUANA PLACE | | | |
| City TUCSON | County PIMA | State AZ | Zip Code 85710 |
| Lender CLIENT: SEAN & KELLY COEN | | | |



® 1999-2009 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutiona lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Amazon Appraisals Inc.

Case 4:09-bk-30662-EWH — Doc 61 Filed 06/18/12 Entered 06/18/12 09:25:06 Desc
Exhibit A    Page 20 of 21

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 7211 E. LUANA PLACE, TUCSON, AZ 85710

**APPRAISER:**

Signature: *Washington M. Mason Jr.*
Name: WASHINGTON M. MASON, JR
Date Signed: NOVEMBER 03, 2009
State Certification #: 21875
or State License #:
State: AZ
Expiration Date of Certification or License: 02/28/2010

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☐ Did   ☐ Did Not Inspect Property

Form ACR_DEFD — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 4:09-bk-30662-EWH   Doc 61-1   Filed 06/18/12   Entered 06/18/12 09:25:06   Desc
Exhibit A   Page 21 of 21