**ORDERED.**

**Dated: July 10, 2012**



*Eileen W. Hollowell, Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEAN PATRIC COEN and KELLY JEAN COEN,<br><br>Debtors. | Case No. 4:09-bk-30662-EWH<br><br>Proceedings under Chapter 13<br><br>**ORDER AVOIDING LIEN ON REAL PROPERTY** |

On June 18, 2012, Debtors filed a Second Amended Motion To Determine Value And Status Of Junior Mortgagee's Claim As A Wholly Unsecured Claim And To Void The Lien of Junior Mortgagee, to value the lien of Mortgage Lenders Network USA, Inc. ("Lienholder") against the property commonly known as 7211 East Luana Place., Tucson, AZ 85710, and more fully described in Exhibit "A" hereto, which lien was recorded in Pima County on or about September 29, 2005 as Docket No. 12649 and Page No. 6184 in the records of the Pima County Recorder's Office ("Lien").

The Court finds that notice of the Amended Motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' Amended Motion, the Court hereby orders as follows:

1. For purposes of Debtors' Chapter 13 Plan only, the Lien is valued at zero. Lienholder does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

2. This Order shall become part of Debtors' confirmed Chapter 13 Plan.

- 1 -

3. Upon entry of a discharge in Debtors' Chapter 13 case or completion of all payments due under the Debtors' Chapter 13 Plan, the Lien shall be voided for all purposes and, upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtors' Chapter 13 case is dismissed or converted to Chapter 7 before Debtors obtain a discharge, this Order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this Order remains in effect.

Dated and signed above.

Notice to be sent through the

Bankruptcy Noticing Center "BNC"

to the following:

Law Office of Barry W. Rorex, PLC
2 E Congress St., Ste. 900
Tucson, AZ 85701

Mortgage Lenders Network USA
213 Court St.
Middleton, CT 06457

Michael A. Bosco, Jr.
Tiffany & Bosco PA
2525 E Camelback Rd 3rd Fl
Phoenix, AZ 85016-4237

Chapter 13 Trustee
Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ 85741

- 2 -

Case 4:09-bk-30662-EWH    Doc 65    Filed 07/10/12    Entered 07/11/12 08:15:38    Desc
Main Document - Motion to Avoid Lien    Page 2 of 3

U.S. Trustee's Office
230 North First Ave. #204
Phoenix, AZ 85003

# **EXHIBIT**

## **A**

Lot 100 of KINGSTON KNOLLS TERRACE, a subdivision of Pima County, Arizona, according to the map or plat of record in the office of the County Recorder, in Book 12 of Maps and Plats at page 71 thereof.

- 3 -